PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br>2916 Whittier Ct, Stockton, CA 95207; a black Dodge van, CA plate 27738F2; a black GMC Sierra, CA plate 90014Y2; a black Mercury sedan, CA plate 8SWY390; cellular phone (209) 271-4440; cellular phone (209) 518-9892; Lauro Geovany Norzagary ESPINOZA | CASE NO. 2:21-sw-0168 JDP<br><br>[PROPOSED] SEALING ORDER<br><br>**UNDER SEAL** |

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: March 9, 2021

_____
Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

[PROPOSED] SEALING ORDER