PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

Aug 26, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>2916 Whittier Ct, Stockton, CA 95207; a black Dodge van, CA plate 27738F2; a black GMC Sierra, CA plate 90014Y2; a black Mercury sedan, CA plate 8SWY390; cellular phone (209) 271-4440; cellular phone (209) 518-9892; Lauro Geovany Norzagary ESPINOZA | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT;<br><br>2:21-sw-0168 JDP |

### [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: August 26, 2024

The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

MOTION TO UN-SEAL; [PROPOSED] ORDER